```
              DISTRICT COURT OF THE VIRGIN ISLANDS
               DIVISION OF ST. THOMAS AND ST. JOHN
```

|   |   |   |
|---|---|---|
| THERESA SICLARI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 2015-28 |
| v. | ) | |
| | ) | |
| CBI ACQUISITIONS, LLC, dba | ) | |
| CANEEL BAY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**ATTORNEYS:**

**Thomas F. Friedberg**
Law Offices of Friedberg & Bunge
San Diego, CA
   *For the plaintiff Theresa Siclari*

**Michael C. Quinn**
Dudley Topper & Feuerzeig
St. Thomas, VI
   *For the defendant CBI Acquisitions, LLC.*

## JUDGMENT

**GÓMEZ, J.**

Before the Court is the settlement agreement between Theresa Siclari and CBI Acquisitions, LLC. For the reasons stated in the memorandum opinion of same date, it is hereby

**ORDERED** that the parties' settlement agreement is **APPROVED**; it is further

**ORDERED** that the trial setting in this matter is **VACATED**; it is further

*Siclari v. CBI Acquisitions, LLC*
Civ. No. 15-28
Judgment
Page 2

**ORDERED** that all pending motions in this case are **MOOT**; it is further

**ORDERED** that this case is **DISMISSED**; it is further

**ORDERED** that the Clerk of the Court shall **CLOSE** this case; and it is further

S\_____
       **Curtis V. Gómez**
       **District Judge**