```
                DISTRICT COURT OF THE VIRGIN ISLANDS
                  DIVISION OF ST. THOMAS AND ST. JOHN

                                    )
THERESA SICLARI,                    )
                                    )
            Plaintiff,              )
                                    )   Civil No. 2015-28
            v.                      )
                                    )
CBI ACQUISITIONS, LLC, dba          )
CANEEL BAY,                         )
                                    )
            Defendants.             )
                                    )
_____)
```

**ATTORNEYS:**

**Thomas F. Friedberg**
Law Offices of Friedberg & Bunge
San Diego, CA
    *For the plaintiff Theresa Siclari*

**Michael C. Quinn**
Dudley Topper & Feuerzeig
St. Thomas, VI
    *For the defendant CBI Acquisitions, LLC.*

### AMENDED JUDGMENT[1]

**GÓMEZ, J.**

Before the Court is the settlement agreement between Theresa Siclari and CBI Acquisitions, LLC. For the reasons stated in the memorandum opinion of same date, it is hereby

**ORDERED** that the parties' settlement agreement is **APPROVED**; it is further

---

[1] This judgment was initially entered on March 9, 2017. In that judgment, the second page inadvertently contained a scrivener's error. That oversight is addressed in this amended order.

*Siclari v. CBI Acquisitions, LLC*
Civ. No. 15-28
Judgment
Page 2

**ORDERED** that the trial setting in this matter is **VACATED;** it is further

**ORDERED** that all pending motions in this case are **MOOT;** it is further

**ORDERED** that this case is **DISMISSED;** and it is further

**ORDERED** that the Clerk of the Court shall **CLOSE** this case.

S\_____
**Curtis V. Gómez**
**District Judge**